**ROBERT ISHIKAWA - 90621**
Law Offices of Robert Ishikawa
5713 N. West Avenue # 101
Fresno, California 93711
Telephone: (559) 432-9600

Attorney for Rudy B. Duarte

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUDY B. DUARTE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> COMMISSIONER OR SOCIAL ) <br> SECURITY ) <br> ) <br> Defendant. ) <br> _____ ) | 1:09- CV-01767 OWW DLB <br><br> STIPULATION AND ORDER TO EXTEND TIME |

Plaintiff has been unable to comply with the Court's standing scheduling order and therefor requests, with the assent of Shea Bond, the Special Assistant U.S. Attorney handling the case for the Commissioner, that the following schedule be set by the Court: plaintiff shall serve on defendant a confidential letter brief no later than June 7, 2010. Defendant shall have until July 7, 2010 to serve a response to the letter brief on plaintiff. In the event that the case is not remanded, plaintiff shall have until August 7, 2010 to file and serve an opening brief on defendant and the court. Defendant shall then have until September 7, 2010 to file and serve a responsive brief. Any reply brief shall be filed fifteen days after service of the responsive brief.

Dated: May 10, 2010        /s/ Robert Ishikawa
                           _____
                           ROBERT ISHIKAWA
                           Attorney for Plaintiff, Rudy B. Duarte

/////

1

1 | Dated: May 10, 2010 /s/ Shea Bond
2 | _____
  | Shea Bond
3 | Special Assistant U.S. Attorney
4 |
5 | IT IS SO ORDERED.
6 |     Dated:   **May 11, 2010**            **/s/ Dennis L. Beck**
  |                                      UNITED STATES MAGISTRATE JUDGE
7 |
...
28