IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RUDY DUARTE, | ) | 1:09cv01767 DLB |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING |
| | ) | DEFENDANT'S MOTION FOR |
| | ) | EXTENSION OF TIME |
| | ) | |
| vs. | ) | (Document 17) |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Plaintiff Rudy Duarte ("Plaintiff") filed the instant action on October 5, 2009. Plaintiff filed his opening brief in this matter on September 20, 2010.

On October 14, 2010, Defendant filed a motion for an extension of time to respond to Plaintiff's opening brief. Defendant seeks an extension up to and including November 19, 2010, due to a heavy workload and pre-approved leave. Plaintiff's counsel responded and indicated no objection to Defendant's motion for extension of time.

Based on Plaintiff's response and good cause appearing, Defendant's motion for an extension of time is GRANTED. Defendant's response to Plaintiff's opening brief SHALL be filed on or before November 19, 2010.

IT IS SO ORDERED.

Dated:     October 26, 2010                /s/ Dennis L. Beck
                                          UNITED STATES MAGISTRATE JUDGE

1